# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-395
_____

A.M.S-B., Mother of R.S-B., M.S-
B., Jr., Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

September 9, 2022

PER CURIAM.

     AFFIRMED.

OSTERHAUS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

A.M.S-B., Mother of R.S-B., M.S-B., Jr., Minor Children, pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Sara Goldfarb, Statewide Director of Appeals, and Samantha C. Valley, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.